IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY GREEN, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-2179 |
| | § | |
| CITY OF HOUSTON | § | |
| | § | |
| Defendant. | § | |

## ORDER RESETTING INITIAL CONFERENCE

The initial conference currently set for February 20, 2018 is cancelled and reset to **February 28, 2018 at 10:30 a.m.** to allow the plaintiffs to respond to the pending motion to dismiss. (Docket Entry No. 25). The court will hear argument on the motion at the hearing, as well as addressing pretrial discovery and deadlines.

SIGNED on February 12, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge