United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY GREEN, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-2179 |
| CITY OF HOUSTON, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons stated in the Memorandum and Opinion entered on this date, this case is dismissed with prejudice.

This is a final judgment.

SIGNED on September 4, 2020, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge